## Second Department, May, 1966

### (May 9, 1966)*

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH FRANCIS MORGAN, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— On the court's motion, appeal dismissed, without costs. The appeal was by relator from a judgment of the Supreme Court, Dutchess County, entered November 24, 1964, which dismissed a writ of habeas corpus and remanded him to respondent's custody. The appeal has become academic in view of relator's discharge from custody on January 20, 1966. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.